## EVANS v. HANCOCK.

Supreme Court.   March, 1800.

*Wilson's Red Book, 271.*

The Court directed the clerk to put no cause down for trial not at issue, unless there is a letter or agreement written and signed by counsel binding himself to plead or to put the cause at issue.